**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Daniel P. Hrinda** | Social Security number or ITIN  xxx–xx–9118 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Brooke M. Hrinda** | Social Security number or ITIN  xxx–xx–6654 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **11–22561–CMB**

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel P. Hrinda                        Brooke M. Hrinda

8/2/16                                **By the court:**    Carlota M. Bohm
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 11-22561-CMB
Daniel P. Hrinda                                                                Chapter 13
Brooke M. Hrinda
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil            Page 1 of 4           Date Rcvd: Aug 02, 2016
                              Form ID: 3180W        Total Noticed: 97

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
```
db/jdb         +Daniel P. Hrinda,   Brooke M. Hrinda,   1123 Monongahela Boulevard,   White Oak, PA 15131-1523
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
cr             +Wells Fargo Bank, N.A.,   PO Box 829009,   Dallas, TX 75382-9009
13044043       +AES KEYSTONE BEST,   c/o AES/PHEAA,   P.O. Box 8183,   Harrisburg PA 17105-8183
13044042       +AES KEYSTONE REWARDS,   c/o AES/PHEAA,   P.O. Box 8183,   Harrisburg PA 17105-8183
13135901       +AES/PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13068352       +Aes/Keystone,   1200 North 7th Street,   Harrisburg, PA 17102-1419
13068353       +Aes/Keystone Best,   1200 North 7th Street,   Harrisburg, PA 17102-1419
13068354       +Aes/Pheaa-Keycon,   1200 North 7th Street,   Harrisburg, PA 17102-1419
13068355       +Aes/Pnc Natl City,   1200 North 7th Street,   Harrisburg, PA 17102-1419
13068356       +Aessuntcns,   PO Box 2461,   Harrisburg, PA 17105-2461
13068357       +American Home Mortgage,   1525 South Belt Line Road,   Coppell, TX 75019-4913
13044047       +American Home Mtg Svci,   1525 S Belt Line Rd,   Coppell, TX 75019-4913
13044072      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Thd/Cbsd,   Ccs Gray Ops Center  541 Sid Martin Rd,
                Gray, TN 37615)
13062467       +Chase Auto Finance,   P O Box 901032,   Ft Worth TX 76101-2032
13156236       +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street 14th Floor,
                Pittsburgh PA 15219-6101
13190035        Duquesne Light Company,   c/o Bernstein Law Firm, P.C.,   Suite 2200, Gulf Tower,
                Pittsburgh, PA  15219
13183148        ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13068369        Enterprise Bank,   4091 Mount Royal Boulevard,   Allison Park, PA 15101-2917
13058605       +Enterprise Bank,   c/o Joseph A. Fidler, Esquire,   4091 Mount Royal Boulevard,
                Allison Park, PA 15101-2917
13068370       +Equitable Gas Bankruptcy Department,   225 North Shore Drive,   Second Floor,
                Pittsburgh, PA 15212-5860
13068371       +First National Bank Of Pa,   1 Fnb Blvd,   Hermitage, PA 16148-3363
13098123       +First National Bank of Pennsylvania,   Attn Christine A. Lambardo,   4140 East State Street,
                Hermitage PA 16148-3401
13044060       +First Natl Bk Of Pa,   1 Fnb Blvd,   Hermitage, PA 16148-3363
13044061        First Usa Bk,   Correspondence P. O. Box 8650,   Wilmington, DE 19899
13044063       +G Jwl/Cbsd,   Po Box 9714,   Gray, TN 37615-9714
13068378       +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
13044067        Keystone Rewards,   25 High Street,   Waynesburg, PA 15370
13068380        Magee-Womens Hospital of UPMC,   PO Box 382059,   Pittsburgh, PA 15250-8059
13068381       +Martin T. Ansell,   t/d/b/a Ted Ansell Excavating,   644 Uschak Road,   Derry, PA 15627-3613
13068382       +Mellon Bank,   2 Mellon Bank Center,   Room 875,   Pittsburgh, PA 15259-0001
13044068       +Mellon Bk,   2 Mellon Bank Center  Room 875,   Pittsburgh, PA 15259-0001
13068383       +National City,   P.O.Box 500/K-A16-2j,   Portage, MI 49081-0500
13044069       +Ntl City,   P.O.Box 500/K-A16-2j,   Portage, MI 49081-0500
13044044       +PHEASS-KEYCON,   c/o AES/PHEAA,   P.O. Box 8183,   Harrisburg PA 17105-8183
13044045       +PNC,   c/o AES/PHEAA,   P.O. Box 8183,   Harrisburg PA 17105-8183
13044070       +Penn State,   308 Shields Bldg,   University Par, PA 16802-1220
13068384       +Penn State,   308 Shields Building,   University Par, PA 16802-1220
13068385       +Rolf Patberg, Esquire,   Deutschtown Center,   801 Vinial Street,   Third Floor,
                Pittsburgh, PA 15212-5177
13044071       +S & T Bank,   Po Box 190,   Indiana, PA 15701-0190
13084467        S&T Bank,   c/o John N. McElroy,   Grenen & Birsic, P.C.,   One Gateway Center, Ninth Floor,
                Pittsburgh, PA 15222
13068387       +S&T Bank,   800 Philadelphia Street,   Indiana, PA 15701-3908
13068388       +Strassburger, McKenna, Gutnick & Gefsky,   Attorneys at Law,   Four Gateway Center, Suite 2200,
                444 Liberty Avenue,   Pittsburgh, PA 15222-1220
13068391        UPMC Physician Services,   P.O. Box 371069,   Pittsburgh, PA 15250-7980
13044075      ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                Frederick, MD 21701)
13068395       +West. PA Womens Healthcare Association,   850 Clariton Boulevard,   Suite 3100,
                Pittsburgh, PA 15236-4585
13044076       +Wfhm,   3476 Stateview Blvd,   Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2016 02:18:33     Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr              E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 03 2016 02:18:26     GREEN TREE SERVICING LLC,
                PO BOX 6154,   RAPID CITY, SD  57709-6154
cr              EDI: AIS.COM Aug 03 2016 02:03:00      Midland Funding LLC by American InfoSource LP as a,
                Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
```

```
District/off: 0315-2           User: bsil                  Page 2 of 4                   Date Rcvd: Aug 02, 2016
                               Form ID: 3180W              Total Noticed: 97


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              EDI: RECOVERYCORP.COM Aug 03 2016 02:03:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,   Suite 1120,   Miami, FL 33131-1605
13044048        EDI: AMEREXPR.COM Aug 03 2016 02:03:00      Amex,   P.O. Box 297871,
                 Fort Lauderdale, FL 33329-7871
13044051        EDI: BANKAMER2.COM Aug 03 2016 02:03:00      Bank Of America,   PO Box 15102,
                 Wilmington, DE 19886-5102
13064130        EDI: BANKAMER2.COM Aug 03 2016 02:03:00      FIA Card Services, NA as successor in interest to,
                 Bank of America NA and MBNA America Bank,    PO Box 15102,   Wilmington, DE 19886-5102
13166360       +EDI: BANKAMER.COM Aug 03 2016 02:03:00      BANK OF AMERICA, N.A., Et al,
                 BANKRUPTCY DEPARTMENT,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,   PLANO, TX 75024-4100
13044049       +EDI: BANKAMER.COM Aug 03 2016 02:03:00      Bac Home Loans Servici,   450 American St,
                 Simi Valley, CA 93065-6285
13068359       +EDI: BANKAMER.COM Aug 03 2016 02:03:00      Bac Home Loans Servicing,   450 American Street,
                 Simi Valley, CA 93065-6285
13044050       +EDI: BANKAMER2.COM Aug 03 2016 02:03:00      Bank Of America,   Po Box 17054,
                 Wilmington, DE 19850-7054
13195831       +EDI: BANKAMER.COM Aug 03 2016 02:03:00      Bank of America, N.A. s/b/m/t BAC Home Loans Servi,
                 7105 Corporate Dr,   PTX-B-209,   Plano, TX 75024-4100
13044052       +EDI: BANKAMER2.COM Aug 03 2016 02:03:00      Bk Of Amer,   Po Box 17054,
                 Wilmington, DE 19850-7054
13044053        EDI: RMSC.COM Aug 03 2016 02:03:00      Care/Gemb,   Po Box 981439,   El Paso, TX 79998-1439
13044055       +EDI: CAUT.COM Aug 03 2016 02:03:00      Chase,   2000 Marcus Avenue,
                 New Hyde Park, NY 11042-1069
13044056       +EDI: CHASE.COM Aug 03 2016 02:03:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13044054       +EDI: CHASE.COM Aug 03 2016 02:03:00      Chase,   201 N Walnut St # De1-10,
                 Wilmington, DE 19801-2920
13068363       +EDI: CHASE.COM Aug 03 2016 02:03:00      Chase,   201 North Walnut Street # De1-10,
                 Wilmington, DE 19801-2920
13080119        EDI: CHASE.COM Aug 03 2016 02:03:00      Chase Bank USA, N.A.,   PO Box 15145,
                 Wilmington, DE 19850-5145
13044057       +EDI: RCSDELL.COM Aug 03 2016 02:03:00      Cit Bk/Dfs,   12234 N Ih 35 Sb,Bldg B,
                 Austin, TX 78753-1725
13044058       +EDI: CITICORP.COM Aug 03 2016 02:03:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13068368        EDI: DISCOVER.COM Aug 03 2016 02:03:00      Discover Financial Services Llc,   Po Box 15316,
                 Wilmington, DE 19850
13044059       +EDI: DISCOVER.COM Aug 03 2016 02:03:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
13183149        EDI: ECMC.COM Aug 03 2016 02:03:00      ECMC,   P.O. Box 75906,   St. Paul, MN 55175
13068372        EDI: CHASE.COM Aug 03 2016 02:03:00      First Usa Bank,   P. O. Box 8650,
                 Wilmington, DE 19899
13044062       +EDI: FORD.COM Aug 03 2016 02:03:00      Ford Cred,   Po Box Box 542000,   Omaha, NE 68154-8000
13068373       +EDI: FORD.COM Aug 03 2016 02:03:00      Ford Credit,   Po Box Box 542000,   Omaha, NE 68154-8000
13433392        EDI: RMSC.COM Aug 03 2016 02:03:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13100502        EDI: RESURGENT.COM Aug 03 2016 02:03:00      GE Money Bank,   c/o B-Line, LLC,   MS 550,
                 PO Box 91121,   Seattle, WA 98111-9221
13044064       +EDI: RMSC.COM Aug 03 2016 02:03:00      Gemb/Care Credit,   Po Box 981439,
                 El Paso, TX 79998-1439
13044065        EDI: RMSC.COM Aug 03 2016 02:03:00      Gemb/Jcp,   Po Box 984100,   El Paso, TX 79998
13068376        EDI: RMSC.COM Aug 03 2016 02:03:00      Gemb/Jcpenney,   Po Box 984100,   El Paso, TX 79998
13685836        E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 03 2016 02:18:26      Green Tree Servicing, LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,   Telephone number: 888-298-7785
13044066       +E-mail/Text: ebnsterling@weltman.com Aug 03 2016 02:18:27      Kay,   375 Ghent Rd.,
                 Akron, OH 44333-4600
13620092        EDI: AIS.COM Aug 03 2016 02:03:00      Midland Funding LLC,   by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,   Houston, TX  77210-4457
13294302       +E-mail/Text: bknotice@ncmllc.com Aug 03 2016 02:18:57      National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13155643        EDI: PRA.COM Aug 03 2016 02:03:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk VA  23541
13627504       +EDI: PRA.COM Aug 03 2016 02:03:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
13433393        EDI: RECOVERYCORP.COM Aug 03 2016 02:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13044073       +EDI: CITICORP.COM Aug 03 2016 02:03:00      Thd/Cbsd,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
13173664        EDI: VERIZONWIRE.COM Aug 03 2016 02:03:00      VERIZON WIRELESS,   PO BOX 3397,
                 BLOOMINGTON, IL 61702-3397
13068392       +EDI: VERIZONCOMB.COM Aug 03 2016 02:04:00      Verizon,   Bankruptcy Department,
                 3900 Washington Street,   Wilmington, DE 19802-2125
13044074        EDI: WFFC.COM Aug 03 2016 02:03:00      Wells Fargo Bank,   Po Box 5445,   Portland, OR 97228
13195627       +EDI: WFFC.COM Aug 03 2016 02:03:00      Wells Fargo Bank, N.A.,   3476 Stateview Blvd,
                 MAC: X7801-014,   Fort Mill, South Carolina 29715-7203
13068394       +EDI: WFFC.COM Aug 03 2016 02:03:00      Wells Fargo Home Mortgage,   3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203
13044077       +EDI: WFNNB.COM Aug 03 2016 02:03:00      Wfnnb/Ny&C,   220 W Schrock Rd,
                 Westerville, OH 43081-2873
```

```
District/off: 0315-2          User: bsil              Page 3 of 4              Date Rcvd: Aug 02, 2016
                              Form ID: 3180W          Total Noticed: 97

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13068396       +EDI: WFNNB.COM Aug 03 2016 02:03:00      Wfnnb/Ny&C,    220 West Schrock Road,
                 Westerville, OH 43081-2873
13068397       +EDI: WFNNB.COM Aug 03 2016 02:03:00      Wfnnb/Valucityroomstod,    4590 East Broad Street,
                 Columbus, OH 43213-1301
13044078       +EDI: WFNNB.COM Aug 03 2016 02:03:00      Wfnnb/Valucityroomstod,    4590 E Broad St,
                 Columbus, OH 43213-1301
                                                                                               TOTAL: 49

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC H
cr              Bank of America, N.A.
cr              Duquesne Light Company
cr              Green Tree Servicing LLC, as authorized servicer f
cr              S&T Bank
13044046        Aescnsasst
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*             Enterprise Bank,    4091 Mount Royal Boulevard,    Allison Park, PA 15101-2917
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
cr*            +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13068389*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Thd/Cbsd,   Ccs Gray Ops Center,    541 Sid Martin Road,
                 Gray, TN 37615)
13183150*       ECMC,   P.O. Box 75906,    St. Paul, MN 55175
13184517*       ECMC,   P.O. Box 75906,    St. Paul, MN 55175
13068377*      +Kay,    375 Ghent Road,    Akron, OH 44333-4600
13653227*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                   TOTALS: 7, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Green Point Mortgage Funding,
               Inc. ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer
               for Fannie Mae, as owner and holder of account/contract originated by Green Point Mortgage
               Funding, Inc. ecfmail@mwc-law.com
              Hilary B. Bonial    on behalf of Creditor   Wells Fargo Bank, N.A. notice@bkcylaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              John N. McElroy    on behalf of Creditor   S&T Bank jmcelroy@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Joseph A. Fidler    on behalf of Creditor   Enterprise Bank jfidler@enterprisebankpgh.com
              Joseph P. Schalk    on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Lawrence W. Willis    on behalf of Debtor Daniel P. Hrinda help@urfreshstrt.com,
               urfreshstrt@gmail.com
```

```
District/off: 0315-2          User: bsil              Page 4 of 4              Date Rcvd: Aug 02, 2016
                              Form ID: 3180W          Total Noticed: 97
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Lawrence W. Willis    on behalf of Joint Debtor Brooke M. Hrinda help@urfreshstrt.com, urfreshstrt@gmail.com
        Marisa Myers Cohen    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS  SERVICING, L.P. mcohen@mwc-law.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Brooke M. Hrinda ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Paul W. McElrath, Jr.    on behalf of Debtor Daniel P. Hrinda ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Stuart I. Seiden    on behalf of Creditor    Wells Fargo Bank, N.A. sseiden@parkermccay.com, BKcourtnotices@parkermccay.com

        TOTAL: 19