IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL P. HRINDA
BROOKE M. HRINDA
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:11-22561

Chapter 13

RE Document No.:164

**BY DEFAULT**

ORDER OF COURT

AND NOW, this ___2ND___ day of ___August___, 20_16_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

**FILED**

AUG 2 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                               Case No. 11-22561-CMB
Daniel P. Hrinda                                                                     Chapter 13
Brooke M. Hrinda
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 4              Date Rcvd: Aug 02, 2016
                              Form ID: pdf900         Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
```
db/jdb         +Daniel P. Hrinda,    Brooke M. Hrinda,    1123 Monongahela Boulevard,    White Oak, PA 15131-1523
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,      PO Box 630267,    Irving, TX   75063)
cr             +Wells Fargo Bank, N.A.,    PO Box 829009,    Dallas, TX 75382-9009
13044043       +AES KEYSTONE BEST,   c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg PA 17105-8183
13044042       +AES KEYSTONE REWARDS,    c/o AES/PHEAA,   P.O. Box 8183,    Harrisburg PA 17105-8183
13135901       +AES/PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
13068352       +Aes/Keystone,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13068353       +Aes/Keystone Best,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13068354       +Aes/Pheaa-Keycon,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13068355       +Aes/Pnc Natl City,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13068356       +Aessuntcns,    PO Box 2461,   Harrisburg, PA 17105-2461
13068357       +American Home Mortgage,    1525 South Belt Line Road,    Coppell, TX 75019-4913
13044047       +American Home Mtg Svci,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
13044048        Amex,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
13044051      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,      PO Box 15102,    Wilmington, DE 19886-5102)
13166360       +BANK OF AMERICA, N.A., Et al,    BANKRUPTCY DEPARTMENT,    BANK OF AMERICA, N.A.,
                 7105 CORPORATE DRIVE,    PLANO, TX 75024-4100
13044049       +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
13068359       +Bac Home Loans Servicing,    450 American Street,    Simi Valley, CA 93065-6285
13195831       +Bank of America, N.A. s/b/m/t BAC Home Loans Servi,      7105 Corporate Dr,    PTX-B-209,
                 Plano, TX 75024-4100
13044072      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Thd/Cbsd,     Ccs Gray Ops Center 541 Sid Martin Rd,
                 Gray, TN 37615)
13044054       +Chase,   201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
13068363       +Chase,   201 North Walnut Street # De1-10,     Wilmington, DE 19801-2920
13044056       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13062467       +Chase Auto Finance,    P O Box 901032,    Ft Worth TX 76101-2032
13080119        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13044057       +Cit Bk/Dfs,    12234 N Ih 35 Sb,Bldg B,    Austin, TX 78753-1725
13044058       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13156236       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
                 Pittsburgh PA 15219-6101
13190035        Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219
13183148        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13183149        ECMC,   P.O. Box 75906,    St. Paul, MN 55175
13068369        Enterprise Bank,    4091 Mount Royal Boulevard,    Allison Park, PA 15101-2917
13058605       +Enterprise Bank,    c/o Joseph A. Fidler, Esquire,    4091 Mount Royal Boulevard,
                 Allison Park, PA 15101-2917
13068370       +Equitable Gas Bankruptcy Department,    225 North Shore Drive,    Second Floor,
                 Pittsburgh, PA 15212-5860
13068371       +First National Bank Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
13098123       +First National Bank of Pennsylvania,    Attn Christine A. Lambardo,     4140 East State Street,
                 Hermitage PA 16148-3401
13044060       +First Natl Bk Of Pa,    1 Fnb Blvd,   Hermitage, PA 16148-3363
13068372        First Usa Bank,    P. O. Box 8650,   Wilmington, DE 19899
13044061        First Usa Bk,    Correspondence P. O. Box 8650,    Wilmington, DE 19899
13044062       +Ford Cred,    Po Box Box 542000,   Omaha, NE 68154-8000
13068373       +Ford Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
13044063       +G Jwl/Cbsd,    Po Box 9714,   Gray, TN 37615-9714
13068378       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13044067        Keystone Rewards,    25 High Street,   Waynesburg, PA 15370
13068380        Magee-Womens Hospital of UPMC,    PO Box 382059,    Pittsburgh, PA 15250-8059
13068381       +Martin T. Ansell,    t/d/b/a Ted Ansell Excavating,    644 Uschak Road,    Derry, PA 15627-3613
13068382       +Mellon Bank,    2 Mellon Bank Center,   Room 875,    Pittsburgh, PA 15259-0001
13044068       +Mellon Bk,    2 Mellon Bank Center Room 875,    Pittsburgh, PA 15259-0001
13068383       +National City,    P.O.Box 500/K-A16-2j,    Portage, MI 49081-0500
13044069       +Ntl City,    P.O.Box 500/K-A16-2j,    Portage, MI 49081-0500
13044044       +PHEASS-KEYCON,    c/o AES/PHEAA,   P.O. Box 8183,    Harrisburg PA 17105-8183
13044045       +PNC,    c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg PA 17105-8183
13044070       +Penn State,    308 Shields Bldg,   University Par, PA 16802-1220
13068384       +Penn State,    308 Shields Building,    University Par, PA 16802-1220
13068385       +Rolf Patberg, Esquire,    Deutschtown Center,    801 Vinial Street,    Third Floor,
                 Pittsburgh, PA 15212-5177
13044071       +S & T Bank,    Po Box 190,   Indiana, PA 15701-0190
13084467        S&T Bank,    c/o John N. McElroy,    Grenen & Birsic, P.C.,    One Gateway Center, Ninth Floor,
                 Pittsburgh, PA 15222
13068387       +S&T Bank,    800 Philadelphia Street,    Indiana, PA 15701-3908
```

```
District/off: 0315-2           User: bsil                   Page 2 of 4                   Date Rcvd: Aug 02, 2016
                               Form ID: pdf900              Total Noticed: 92

13068388          +Strassburger, McKenna, Gutnick & Gefsky,    Attorneys at Law,    Four Gateway Center, Suite 2200,
                    444 Liberty Avenue,    Pittsburgh, PA 15222-1220
13044073          +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13068391           UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13068392          +Verizon,    Bankruptcy Department,    3900 Washington Street,    Wilmington, DE 19802-2125
13044075         ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                    ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                  (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                    Frederick, MD 21701)
13044074           Wells Fargo Bank,    Po Box 5445,    Portland, OR 97228
13195627          +Wells Fargo Bank, N.A.,    3476 Stateview Blvd,    MAC: X7801-014,
                    Fort Mill, South Carolina 29715-7203
13068394          +Wells Fargo Home Mortgage,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
13068395          +West. PA Womens Healthcare Association,    850 Clariton Boulevard,    Suite 3100,
                    Pittsburgh, PA 15236-4585
13044076          +Wfhm,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
13044077          +Wfnnb/Ny&C,    220 W Schrock Rd,    Westerville, OH 43081-2873
13068396          +Wfnnb/Ny&C,    220 West Schrock Road,    Westerville, OH 43081-2873
13044078          +Wfnnb/Valucityroomstod,    4590 E Broad St,    Columbus, OH 43213-1301
13068397          +Wfnnb/Valucityroomstod,    4590 East Broad Street,    Columbus, OH 43213-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 03 2016 02:18:26     GREEN TREE SERVICING LLC,
                 PO BOX 6154,   RAPID CITY, SD  57709-6154
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 03 2016 02:22:05
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX   77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2016 02:22:03
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13044053        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 02:11:18     Care/Gemb,   Po Box 981439,
                 El Paso, TX 79998-1439
13044055       +E-mail/Text: bk.notifications@jpmchase.com Aug 03 2016 02:18:28     Chase,   2000 Marcus Avenue,
                 New Hyde Park, NY 11042-1069
13068368        E-mail/Text: mrdiscen@discover.com Aug 03 2016 02:18:14     Discover Financial Services Llc,
                 Po Box 15316,   Wilmington, DE 19850
13044059       +E-mail/Text: mrdiscen@discover.com Aug 03 2016 02:18:14     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
13433392        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 02:11:17     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13100502        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2016 02:11:26      GE Money Bank,
                 c/o B-Line, LLC,   MS 550,    PO Box 91121,   Seattle, WA 98111-9221
13044064       +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 02:11:17     Gemb/Care Credit,   Po Box 981439,
                 El Paso, TX 79998-1439
13044065        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 02:11:18     Gemb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13068376        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 02:10:37     Gemb/Jcpenney,   Po Box 984100,
                 El Paso, TX 79998
13685836        E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 03 2016 02:18:26     Green Tree Servicing, LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone number: 888-298-7785
13044066       +E-mail/Text: ebnsterling@weltman.com Aug 03 2016 02:18:28     Kay,   375 Ghent Rd.,
                 Akron, OH 44333-4600
13620092        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 03 2016 02:22:26     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
                 Houston, TX   77210-4457
13294302       +E-mail/Text: bknotice@ncmllc.com Aug 03 2016 02:18:57     National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,    Memphis, TN 38125-1741
13155643        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2016 02:10:00
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA   23541
13627504       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2016 02:11:21
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13433393        E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2016 02:11:26     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC H
cr              Bank of America, N.A.
cr              Duquesne Light Company
cr              Green Tree Servicing LLC, as authorized servicer f
cr              S&T Bank
13044046        Aescnsasst
```

```
District/off: 0315-2           User: bsil                  Page 3 of 4                   Date Rcvd: Aug 02, 2016
                               Form ID: pdf900             Total Noticed: 92

cr*             +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*              ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*              Enterprise Bank,    4091 Mount Royal Boulevard,     Allison Park, PA 15101-2917
cr*             +National Capital Management, LLC,     8245 Tournament Drive,    Suite 230,
                  Memphis, TN 38125-1741
cr*             +PRA Receivables Management LLC,     POB 41067,    Norfolk, VA 23541-1067
cr*             +PRA Receivables Management, LLC,     POB 41067,    NORFOLK, VA 23541-1067
13064130*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  FIA Card Services, NA as successor in interest to,
                  Bank of America NA and MBNA America Bank,     PO Box 15102,    Wilmington, DE 19886-5102)
13068389*      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Thd/Cbsd,    Ccs Gray Ops Center,    541 Sid Martin Road,
                  Gray, TN 37615)
13183150*        ECMC,    P.O. Box 75906,    St. Paul, MN 55175
13184517*        ECMC,    P.O. Box 75906,    St. Paul, MN 55175
13068377*       +Kay,   375 Ghent Road,    Akron, OH 44333-4600
13653227*      ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,     350 Highland Drive,
                  Lewisville, TX 75067)
13044050       ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
13044052       ##+Bk Of Amer,    Po Box 17054,    Wilmington, DE 19850-7054
13173664       ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
                                                                                              TOTALS: 7, * 12, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Green Point Mortgage Funding,
               Inc. ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer
               for Fannie Mae, as owner and holder of account/contract originated by Green Point Mortgage
               Funding, Inc. ecfmail@mwc-law.com
              Hilary B. Bonial    on behalf of Creditor   Wells Fargo Bank, N.A. notice@bkcylaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              John N. McElroy    on behalf of Creditor   S&T Bank jmcelroy@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Joseph A. Fidler    on behalf of Creditor   Enterprise Bank jfidler@enterprisebankpgh.com
              Joseph P. Schalk    on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Lawrence W. Willis    on behalf of Debtor Daniel P. Hrinda help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Joint Debtor Brooke M. Hrinda help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Marisa Myers Cohen    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Brooke M. Hrinda ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Daniel P. Hrinda ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
```

```
District/off: 0315-2           User: bsil              Page 4 of 4               Date Rcvd: Aug 02, 2016
                               Form ID: pdf900         Total Noticed: 92
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Stuart I. Seiden    on behalf of Creditor    Wells Fargo Bank, N.A. sseiden@parkermccay.com, BKcourtnotices@parkermccay.com

                                                                                                                TOTAL: 19

Case 11-22561-CMB    Doc 172    Filed 08/04/16    Entered 08/05/16 01:12:47    Desc
Imaged Certificate of Notice    Page 5 of 5