## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

In re:

     DANIEL P. HRINDA
     BROOKE M. HRINDA
        Debtor(s)

Case No. 11-22561CMB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/22/2011.

2) The plan was confirmed on 07/25/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 01/25/2012, 12/04/2012, 03/07/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 04/25/2016.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $74,094.67.

10) Amount of unsecured claims discharged without payment: $30,513.15.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $74,481.54 | |
| Less amount refunded to debtor | $1,408.37 | |
| **NET RECEIPTS:** | | **$73,073.17** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $5,100.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,446.56 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,546.56** |

Attorney fees paid and disclosed by debtor:            $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HOME MORTGAGE SVCN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARE CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | NA | 53.68 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | NA | 61.88 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | NA | 77.19 | 0.00 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 85.10 | 85.10 | 2.60 | 0.00 |
| ECMC(*) | Unsecured | 0.00 | 14,807.46 | 14,807.46 | 452.52 | 0.00 |
| ECMC(*) | Unsecured | 0.00 | 3,111.36 | 3,111.36 | 95.08 | 0.00 |
| ECMC(*) | Unsecured | 0.00 | 2,219.17 | 2,219.17 | 67.82 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECMC(*) | Unsecured | 0.00 | 1,125.05 | 1,125.05 | 34.38 | 0.00 |
| ENTERPRISE BANK | Secured | 33,717.82 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE BANK | Secured | 67,927.00 | NA | NA | 0.00 | 0.00 |
| EQUITABLE GAS CO (*) | Unsecured | 387.14 | 463.60 | 463.60 | 14.17 | 0.00 |
| FIA CARD SERVICES** SCCSR BANK | Unsecured | 5,700.00 | 5,942.11 | 5,942.11 | 181.59 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 7,971.00 | 8,042.21 | 8,042.21 | 8,042.21 | 930.09 |
| FIRST USA BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GORDONS JEWELERS++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | 41,452.00 | 41,452.47 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 9,028.00 | 9,048.25 | 9,048.25 | 9,048.25 | 1,043.80 |
| KEYSTONE MUNIC COLLECTIONS** | Secured | 222.50 | NA | NA | 0.00 | 0.00 |
| KEYSTONE MUNIC COLLECTIONS** | Secured | 277.55 | NA | NA | 0.00 | 0.00 |
| KEYSTONE MUNIC COLLECTIONS** | Secured | 193.01 | NA | NA | 0.00 | 0.00 |
| KEYSTONE REWARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE REWARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MAGEE WOMENS HOSPITAL OF UPM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MAGEE WOMENS HOSPITAL OF UPM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARTIN ANSELL | Unsecured | 0.00 | 19,462.44 | 19,462.44 | 594.77 | 0.00 |
| MELLON BANK - NOW BNY MELLON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MELLON BANK - NOW BNY MELLON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 0.00 | 204.06 | 204.06 | 6.24 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Secured | 0.00 | 168.13 | 168.13 | 168.13 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Secured | 45,477.00 | 45,858.63 | 0.00 | 31,445.45 | 0.00 |
| NEW YORK & CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 4,324.00 | 4,324.94 | 4,324.94 | 132.17 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 0.00 | 992.78 | 992.78 | 30.34 | 0.00 |
| S & T BANK(*) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*) | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*) | Secured | 29,327.00 | 29,495.59 | 0.00 | 13,237.00 | 0.00 |
| S & T BANK(*) | Secured | 169,000.00 | NA | NA | 0.00 | 0.00 |
| S & T BANK(*) | Secured | 64,537.00 | NA | NA | 0.00 | 0.00 |
| STERLING INC DBA KAY JEWELERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STRASSBURGER MCKENNA GUTNIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE PENNSYLVANIA STATE UNIV | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VALUE CITY/WORLD FNCL NETWOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 45,058.00 | 36,006.43 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST PA WOMENS HEALTHCARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $44,682.45 | $0.00 |
| Mortgage Arrearage | $168.13 | $168.13 | $0.00 |
| Debt Secured by Vehicle | $17,090.46 | $17,090.46 | $1,973.89 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,258.59** | **$61,941.04** | **$1,973.89** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$52,738.07** | **$1,611.68** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $7,546.56 |
| Disbursements to Creditors | $65,526.61 |
| | |
| **TOTAL DISBURSEMENTS** : | **$73,073.17** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/08/2016                           By:/s/ Ronda J. Winnecour
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**